SCOTT A. GINGRAS, ISB No. 7808
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
250 Northwest Boulevard, Suite 206
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-2103
Facsimile: (208) 765-2121
sag@winstoncashatt.com

Attorneys for Plaintiff Jeff Ray Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFF RAY MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>LEED HR, LLC; MICHAEL SCHROERING, Guarantor,<br><br>Defendants. | Case No. 2:14-cv-00026-EJL<br><br>AFFIDAVIT OF JEFF RAY MITCHELL IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

STATE OF New York )
: ss.
County of New York )

I, JEFF RAY MITCHELL being first duly sworn on oath, say:

1. That I am over the age of majority, I am the Plaintiff in the above mentioned matter, and have knowledge of the facts and circumstances in this case.

2. I reaffirm hereby the factual averments of my First Amended Complaint, filed in this matter.

3. On or before September 1, 2013, Michael Schroering contacted me for himself and on behalf of his company, Leed HR, LLC ("Leed"), for the purpose of entering into a consulting agreement and/or an employment agreement. (Dkt. 2-3, First Amended Complaint, pp. 2-3, ¶2.2, Ex. 1)

4. At all times, it was my impression and belief that Michael Schroering was and still is the sole owner/member/manager of Leed. (Dkts. 2-3, First Amended Complaint, p.2, ¶1.3; and 18, p. 1, ¶3)

5. At the time Michael Schroering and Leed contacted me, I was residing in Idaho, and both Michael Schroering and Leed were well aware of this fact. (Dkt. 2-3, First Amended Complaint, pp. 2-3, ¶¶2.2-2.3, Ex. 1 (p. 4, ¶16))

6. I entered into a Consulting Agreement with Leed that took effect on September 1, 2013. (Dkt. 2-3, First Amended Complaint, pp. 2-3, ¶2.2, Ex. 1; and Dkt. 18, p. 2, ¶13)

7. As part of the inducement to enter into the Consulting Agreement, I relied on a Personal Guaranty executed by Michael Schroering. (Dkt. 2-3. First Amended Complaint, p. 3, ¶2.3, Ex. 2)

8. At the time I entered into the Consulting Agreement with Leed, and Michael Schroering executed the Personal Guaranty, both Leed and Michael Schroering were aware that I resided in Idaho, would provide business consulting services from Idaho, and expected to be paid in Idaho. (Dkts. 2-3, First Amended Complaint, pp. 2-3, ¶¶2.2-2.3, Ex. 1 (p. 4, ¶16); and 18, p. 3, ¶16)

9. Both the Consulting Agreement and the Personal Guaranty contain choice of law provisions, stating in pertinent parts that they are deemed to be contracts entered into under and pursuant to the laws of the State of Idaho and are to be in all respects governed, construed, applied and enforced in accordance with the laws of the state of Idaho. (Dkt. 2-3, First Amended Complaint, pp. 2-4, ¶¶2.2 and 2.5, Exs. 1 (p. 4, ¶16) and 2)



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d'Alene, Idaho 83814
Phone: (208) 667-2103

10. Under the terms of the Consulting Agreement, I report directly to Michael Schroering. Further, all notices, requests, demands, and other communications required or permitted under the Consulting Agreement were and are to be given and received to Leed, to the attention of Michael Schroering. Additionally, all notices, requests, demands, and other communications required or permitted under the Consulting Agreement were and are to be given and received by me at my place of residence in Kootenai County, Idaho. I have reported to and communicated with Michael Schroering and/or Leed, including telephone calls, texting, and e-mail communication, from my residence in Kootenai County, Idaho. (Dkt. 2-3, First Amended Complaint, p.4, ¶2.6).

11. The terms of the Consulting Agreement required Leed to pay me $7,500.00 per month for the term of the agreement, and on or about September 1, 2013, Leed was to grant me 400,000 shares of GEE (a separate corporation) stock as an incentive to enter into the Consulting Agreement. (Dkt. 2-3, First Amended Complaint, pp. 4-5, ¶¶ 2.7, and 2.7.1-2.7.3, Ex. 1)

12. As of today, Leed has paid me only $7,500.00, which represents payment for the month of September 2013. Said payment, was a check signed by Michael Schroering and mailed to my address in Kootenai County, Idaho, which I deposited into my bank account in Kootenai County, Idaho. Leed did not grant to me the 400,000 shares of GEE stock on September 1, 2013. (Dkt. 2-3, First Amended Complaint, p. 5, ¶2.8)

13. As I have not received payment for my services, I demanded payment from Leed and Michael Schroering for the amounts due under the Consulting Agreement, along with the grant of the shares of stock; however, to date, no additional sums have been paid and/or shares of stock been granted to me by Leed and/or Michael Schroering. (Dkt. 2-3, First Amended Complaint, pp. 5-6, ¶¶2.9-2.12)



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d'Alene, Idaho 83814
Phone: (208) 667-2103

14. On November 26, 2013, I filed suit against Leed and Michael Schroering in Kootenai County District Court, State of Idaho. (Dkt. 2-2, Complaint)

15. Prior to service and answer of my Complaint, I amended my Complaint and on December 10, 2013, filed the First Amended Complaint, and had the same served on Leed and Mr. Schroering. (Dkt. 2-3, First Amended Complaint)

DATED this 21st day of March, 2014.

JEFF RAY MITCHELL

SUBSCRIBED AND SWORN to before me this 21st day of March, 2014.

Notary Public in and for the State of New York, residing at New York
My appointment expires: May 21, 2016

PETER FONTI
Notary Public, State of New York
No. 01FO6262243
Qualified in Queens County
Commission Expires May 21, 2016



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Lindsey R. Simon
Mischelle R. Fulgham
Lukins & Annis, P.S.
601 E. Front Avenue, Ste. 502
Coeur d'Alene, ID 83814

Attorneys for Defendants:
Leed HR, LLC. and Michael Schroering

s/Scott A. Gingras, ISBA No. 7808
WINSTON & CASHATT, LAWYERS



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103